IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 15-cv-01147-CMA-MJW

CONRAD GARZA,

    Plaintiffs,

v.

CORRECTIONS CORPORATION OF AMERICA,
WARDEN BOBBY BONNER,
C.O. HORVATICH,
DOCTOR TIONA,
V. BAZAAR, and
JOHN DOES I-IV,

    Defendants.

## ORDER AFFIRMING AND ADOPTING NOVEMBER 19, 2015 REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (DOC. # 38)

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge filed on November 19, 2015. (Doc. # 38.) The Magistrate Judge recommends that Defendants John Does I-IV be dismissed from this case for lack of service and lack of prosecution. (Doc. # 38 at 2.) Plaintiff has not filed any specific written objections to the Magistrate Judge's report and recommendation. The Court finds that the Magistrate Judge's report and recommendation is correct and should be accepted.

Accordingly, it is

ORDERED that the Report and Recommendation of United States Magistrate Judge (Doc. # 38) is AFFIRMED AND ADOPTED.  It is

FURTHER ORDERED that Defendants John Does I-IV are DISMISSED WITHOUT PREJUDICE.  It is

FURTHER ORDERED that the case caption shall be amended in accordance with this Court's Order.

DATED: December 9, 2015			BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge