IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01147-CMA-MJW

CONRAD GARZA,

Plaintiff,

v.

CORRECTIONAL CORP. OF AMERICA,
WARDEN BOBBY BONNER,
C.O. HORVATICH,
DOCTOR TIONA, and
V. BAZAAR, and

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- CCA Defendants' Motion for Additional Time to Complete Discovery **(Docket No. 44) is GRANTED** for good cause shown;

- The Scheduling Order **(Docket No. 33) is AMENDED** such that the discovery cut-off is extended to May 27, 2016; and

- Based on the representation in Paragraphs 7 and 8 of Docket No. 44, CCA Defendants' Motion to Compel Responses to Interrogatories and Requests for Production of Documents **(Docket No. 42) is DENIED WITHOUT PREJUDICE**.  Defendants may re-file a more narrowly tailored motion as necessary, after reviewing Plaintiff's discovery responses, and the Court will set an expedited briefing schedule upon request.

Date: April 12, 2016